IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                                                                PLAINTIFF

v.                         Case No. 4:16-cv-00052 KGB-JTK

NANCY BERRYHILL, *Acting Commissioner*,
Social Security Administration                                                      DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

This recommended disposition has been submitted to United States District Judge Kristine G. Baker. The parties may file specific objections to these findings and recommendations and must provide the factual or legal basis for each objection. The objections must be filed with the Clerk no later than fourteen (14) days from the date of the findings and recommendations. A copy must be served on the opposing party. The District Judge, even in the absence of objections, may reject these proposed findings and recommendations in whole or in part.

### RECOMMENDED DISPOSITION

On February 1, 2016, Plaintiff, Sharon Nowden, filed the instant pro se Complaint against the Social Security Administration. (DE #2) She filed an Amended Complaint on February 5, 2016. (DE #4) Nowden requested to proceed in forma pauperis, but on February 25, 2016, the undersigned denied that motion when Nowden failed to comply with the Court's Order to provide additional information. (DE #6) She appealed the undersigned's Order to the District Court, and it remains pending. (DE #7)

On August 22, 2016, the Court issued its Scheduling Order directing Nowden to file a brief on or before October 3, 2016. (DE #9) Instead of filing a brief, Nowden informed the Court that she gave Attorney Randolph Baltz "the power of attorney to handle all of my social security affairs a couple of months ago." (DE #10) Nowden directed the Court to send all information concerning her to Mr. Baltz. Attached to the letter from Nowden was a letter dated April 15, 2016, from Randolph Baltz to Sharon Nowden thanking her for allowing him the opportunity to represent her in her social security

disability claim and requesting that she sign and return some paperwork.

Mr. Baltz never entered an appearance in this matter; therefore, on May 8, 2017, the Court requested that he address Ms. Nowden's contention that he had been retained to represent her. Counsel advised that Plaintiff contacted him to assist with starting a new application for benefits and that at no time did she inform him of a case pending in district court. (DE #12) He states he was informed of the district court case in January 2017 by the court clerk. Since then, Baltz has not been able to locate Nowden and notes that, if and when he is able contact her, he will inform her that the prospects of prevailing are poor and that he will not pursue her case in district court. *Id.* Counsel advised that he would continue to represent Nowden however with her case at the initial determination level. *Id.*

Based on the foregoing, it is the undersigned's recommendation that the case be summarily dismissed for Nowden's failure to prosecute. Nowden was notified of the consequences for not complying with the Court's Order in the Scheduling Order, and she never filed a brief. Accordingly, this matter should be dismissed for failure to prosecute. All pending motions should be denied as moot.

SO ORDERED this 31st day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE