IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                                    PLAINTIFF

v.                          Case. No. 4:16-cv-00052-KGB-JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                   DEFENDANT

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 13). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be and hereby is approved and adopted in its entirety as this Court's findings in all respects. Accordingly, the Court dismisses this matter for failure to prosecute.

So ordered this 25th day of August, 2017.

_____
Kristine G. Baker
United States District Judge